**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| FOUCE, JACKIE M. | ) | **BANKRUPTCY CASE 09-14181** |
| | ) | **Chapter 7** |
| | ) | |
| DEBTORS. | ) | |

<u>**NOTICE PURSUANT TO F.R.B.P. 3010**</u>

Comes now the Trustee, Dustin M. Roach, and advises that dividends to the below-listed

creditors were less than $5.00 each:

| | | |
|---|---|---|
| Claim #2 | MCSI<br>Medical Collection Specialists Inc.<br>P.O. Box 314<br>Bargersville, IN  46106 | $4.12 |
| Claim #4 | Bleecker Brodey & Andrews<br>DCL Medical Laboratories<br>9247 N. Merdian Street, Suite 101<br>Indianapolis, IN  46260 | $3.88 |

Total Check Amount = <u>$8.00</u>

Respectfully submitted,

/s/ Dustin M. Roach
Dustin M. Roach, Chapter 7 Trustee
436 East Wayne Street
Fort Wayne, Indiana   46802
Telephone: 260-424-8132
dmrtrustee@vgtlaw.com

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on the 15th day of June 2010, a true and correct copy of the

above and foregoing NOTICE PURSUANT TO F.R.B.P. 3010 was transmitted electronically through the

Bankruptcy Court's ECF System to the United States Trustee, 555 One Michiana Square Building, 100

East Wayne Street, South Bend, Indiana 46601, and was sent via first class United States mail, postage

prepaid, to the Creditor(s) listed above at the address(es) indicated.

/s/ Dustin M. Roach
Dustin M. Roach, Trustee